Certificate Number: 15317-PAM-DE-031361129

Bankruptcy Case Number: 18-02639



15317-PAM-DE-031361129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2018</u>, at <u>8:23</u> o'clock <u>AM PDT</u>, <u>Lois Miranda</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 23, 2018</u>　　　　By: <u>/s/Eric Reyes</u>

　　　　　　　　　　　　　　　Name: <u>Eric Reyes</u>

　　　　　　　　　　　　　　　Title: <u>Certified Counselor</u>