```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 18-02639-RNO
James M. Miranda                                             Chapter 13
Lois L. Miranda
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 1       Date Rcvd: Jul 25, 2018
                              Form ID: ntcnfhrg          Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
```
db/jdb         James M. Miranda,    Lois L. Miranda,    2671 Gold Key Estates,    Milford, PA  18337
5076416       +Bon Secours Charity Health System,    PO Box 742791,    Atlanta, GA 30374-2791
5076417       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
5083005       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
5076419       +Financial Recoveries,    200 E. Park Dr. Ste 100,    PO Box 1388,    Mount Laurel, NJ 08054-7388
5076420       +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
5076422        Remex, Inc.,    307 Wall St.,    Princeton, NJ 08540-1515
5076424        The Loan Servicing Center,    Customer Support Unit,    PO Box 551170,
                 Jacksonville, FL 32255-1170
5076425       +Wayne Memorial Hospital,    601 Park Street,    Honesdale, PA 18431-1498
5076426       +Wells Fargo Card Services,    Credit Bureau Resolution,    PO Box 14517,
                 Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5076418        E-mail/Text: ering@cbhv.com Jul 25 2018 19:07:06     Coll Bur of Hudson Val,
                 155 N. Plank Road,    Newburgh, NY 12550-1747
5076421       +E-mail/Text: mmrgbk@miramedrg.com Jul 25 2018 19:07:10     MiraMed Revenue Group,
                 360 E22nd Street,    Lombard, IL 60148-4924
5076423        E-mail/Text: jennifer.chacon@spservicing.com Jul 25 2018 19:07:30
                 Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 2 Lois L. Miranda pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Debtor 1 James M. Miranda pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                               TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| --- | --- |
| James M. Miranda,<br>**Debtor 1**<br>Lois L. Miranda,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:18–bk–02639–RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 31, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: September 7, 2018<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 25, 2018 |

ntcnfhrg (03/18)