```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 18-02639-RNO
James M. Miranda                                                   Chapter 13
Lois L. Miranda
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: TWilson              Page 1 of 1             Date Rcvd: Mar 26, 2019
                             Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         James M. Miranda,    Lois L. Miranda,    2671 Gold Key Estates,    Milford, PA   18337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    WELLS FARGO BANK, N.A. amanda.rauer@pkallc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 2 Lois L. Miranda pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Debtor 1 James M. Miranda pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James M. Miranda<br>Lois L. Miranda<br>      Debtors<br>WELLS FARGO BANK, N.A.<br>      Movant<br> v.<br>James M. Miranda<br>Lois L. Miranda<br>and<br>Charles J. DeHart, III, Esquire<br>      Respondents | Case No. 18-02639 RNO<br><br>Chapter 13 |

### ORDER

AND NOW, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 527 6th Street, Union City, NJ 07087, and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtors directly to determine intent regarding the property located at 527 6th Street, Union City, NJ 07087 and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

Dated: March 26, 2019        By the Court,

                _____
                Robert N. Opel, II, Chief Bankruptcy Judge (PAR)